UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before<br>**DONALD C. NUGENT**<br>United States District Judge | DATE: March 26, 2012<br><br>CASE NO. 1:12 CR 115<br><br>COURT REPORTER: Sue Trischan<br><br>ARRAIGNMENT |

UNITED STATES OF AMERICA

    -VS-

ERIC GOOD

APPEARANCES:    Plaintiff: Robert Kern, Esq.

                       Defendant: James Kersey, Esq.

                       Pretrial Services: Suzanne Evans

PROCEEDINGS: The defendant is arraigned and a plea of not guilty entered.  Bond set at $20,000 unsecured with pretrial services supervision as directed.  Travel restricted to North and South Carolina and to the Northern District of Ohio.  Trial Order issued.

                                                                                              Jeane M. Wells Ruprecht
                                                                                                       Courtroom Deputy

Length of Proceedings: __20 minutes____