IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12CR115 |
| | ) | |
| Plaintiff, | ) | JUDGE NUGENT |
| | ) | |
| v. | ) | UNITED STATES OF AMERICA'S |
| | ) | SUPPLEMENTAL DISCOVERY |
| ERIC LAMONT GOOD, | ) | PRODUCTION NOTICE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Now comes the United States of America, by its counsel, Steven M. Dettelbach, United States Attorney, and Robert W. Kern and Chelsea Rice, Assistant U.S. Attorneys, and hereby notifies defense counsel that original materials seized from the defendant's residence on August 1, 2007, or materials otherwise related to this case, are in the possession and custody of the Department of Homeland Security, Office of Investigations. Should defense counsel wish to examine and review the original evidence, he should contact either of the undersigned Assistant United States Attorneys, who will make the necessary arrangements for such review with the case agent.

       Respectfully submitted,
       STEVEN M. DETTELBACH
       United States Attorney

By:  /s/ Robert W. Kern
     Robert W. Kern (0005161)
     Assistant U.S. Attorney
     Suite 400, U.S. Courthouse
     801 West Superior Avenue
     Cleveland, Ohio 44113
     Tel. No. (216) 622-3836
     Fax No. (216) 522-2403
     E-mail: robert.kern@usdoj.gov

By:  /s/ Chelsea S. Rice
     Chelsea S. Rice
     Assistant U.S. Attorney
     Suite 400, U.S. Courthouse
     801 West Superior Avenue
     Cleveland, Ohio 44113
     Tel. (216) 622-3752
     Fax (216) 522-8355
     E-Mail: Chelsea.Rice@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

      /s/ Robert W. Kern
Robert W. Kern
Assistant U.S. Attorney