# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: April 17, 2012

CASE NO. 1:12 Cr 115

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

ERIC LAMONT GOOD

APPEARANCES: Plaintiff: Robert Kern, Esq.

Defendant: James Kersey, Esq.

PROCEEDINGS: Pre-trial held; both parties represented. Defendant is requesting an extension of trial date. Final pre-trial on 5/1/12 @ 10:00AM to be converted to a speedy trial waiver on the record. Defendant must appear in person for the waiver on that date.

*Jennifer Fairforth*
LAW CLERK

Length of Proceedings: 20 min.