UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before<br>**DONALD C. NUGENT**<br>United States District Judge | DATE: May 1, 2012<br><br>CASE NO. 1:12 CR 115<br><br>COURT REPORTER: Shirle Perkins<br><br>Waiver of Speedy Trial |

UNITED STATES OF AMERICA

      -VS-

ERIC GOOD

APPEARANCES:    Plaintiff: Chelsea Rice, Esq.

                       Defendant: James Kersey, Esq.

PROCEEDINGS: The defendant requests the trial date to be continued. A Waiver of Speedy Trial Waiver extended until October 1, 2012. A final pretrial is scheduled for May 22, 2012 at 10:00 a.m. A trial date is scheduled for July 10, 2012 at 8:30 a.m.

                                                              Jeane M. Wells Ruprecht
                                                              Courtroom Deputy

Length of Proceedings: ___30 min_____