UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before **DONALD C. NUGENT** United States District Judge | DATE: June 19, 2012 CASE NO. 12 CR 115 COURT REPORTER: George Staiduhar Change of Plea |

UNITED STATES OF AMERICA

    -VS-

ERIC GOOD

APPEARANCES:    Plaintiff: Robert Kerns, Esq. And Chelsea Rice, Esq.

                       Defendant: James Kersey, Esq.

PROCEEDINGS: The defendant changed his plea to guilty to Count of the Indictment. Written plea agreement read and signed in open Court. The defendant is referred to the U.S. Probation department for a presentence report. Sentencing is scheduled for August 27, 2012 at 10:00 a.m.

                                                     Jeane M. Wells Ruprecht
                                                      Courtroom Deputy

Length of Proceedings: ____30 minutes_____